Ronald S. Taft, PC
45 Gramercy Park North
New York, New York 10010
(917) 647-7835

Wolff & Samson PC
One Boland Drive
West Orange, New Jersey  07052
(973) 325-1500

Attorneys for Plaintiff P.E.A. Films, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P.E.A. FILMS, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>METRO-GOLDWYN-MEYER INC.,<br><br>           Defendant. | Civil Action No. 14-cv-7263(JSR)<br><br>**RULE 7.1 STATEMENT** |

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for P.E.A. Films, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  *None.*

          WOLFF & SAMSON PC
          Attorneys for Plaintiff P.E.A. Films, Inc.


          By  ____/s/ Howard J. Schwartz_____
               HOWARD J. SCHWARTZ

Dated:  September 11, 2014